**WARNING:** **THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Sean.Van.Demark@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
*Jan 15, 2020*
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) MAG. NO. 20-00059-KJM |
|---|---|
| Plaintiff, | ) CRIMINAL COMPLAINT; AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| v. | ) |
| PASTOR ABERO, | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.



**SEALED**
BY THE ORDER OF THE COURT

<u>Possession with Intent to Distribute Controlled Substances</u>
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about September 4, 2019, within the District of Hawaii, PASTOR ABERO, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

DATED: January 15, 2020, Honolulu, Hawaii.

Tavo Tupola
Task Force Officer
Drug Enforcement Administration
Complainant

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2)

this 15 th day of January, 2020, at Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Sean.Van.Demark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 20-00059-KJM |
| Plaintiff, | CRIMINAL COMPLAINT; AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| v. | |
| PASTOR ABERO, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### INTRODUCTION

1. This affidavit is submitted for the purpose of establishing probable cause that on or about September 4, 2019, within the District of Hawaii, Pastor

Abero ("Abero") engaged in conduct that violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), which make it a crime for a person to possess a controlled substance with the intent to distribute.

2. I am a Task Force Officer with the Drug Enforcement Administration's ("DEA") Hawaii Airport Task Force ("HATF") and I have served in this capacity since 2018.

3. I am familiar with the facts set forth in this affidavit based upon my personal knowledge and/or information provided to me by other law enforcement personnel and/or witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint charging defendant with a violation of federal law. Accordingly, this affidavit does not set forth all of the facts known to me or to the ATF regarding this matter. Summaries and statements from conversations do not include references to all topics covered in the conversations. This affidavit is not intended to include each and every fact and matter observed or known by the government.

## PROBABLE CAUSE

4. On September 4, 2019, members of the Honolulu Police Department ("HPD") conducted a traffic stop on Abero in order to execute a previously signed search warrant on his person and vehicle. Abero was stopped while operating a moped on the makai side of Kalanianaole Highway fronting 41-741 Kalanianaole

Highway in the area of Waimanalo.

5. Abero was identified by way of a Hawaii State Identification card.

6. During the traffic stop, a HPD officer conducted a search of the fanny pack that was attached to Abero's waist. In the front zipper pocket the officer located three large clear plastic baggies and six smaller clear plastic baggies containing a white crystal like substance that the officer identified as resembling crystal methamphetamine.

7. Also recovered were two cellular telephones, one electric stun gun, $1,281.00 in US currency of varying denomination, and various items of personal identification including a social security card in the name of Pastor Abero.

8. The three larger baggies were sent to the HPD's Scientific Investigation Section where it was weighed and analyzed. The baggies were confirmed to contain 28.331, 28.228, and 28.157 grams net weight of methamphetamine with an aggregate weight of 84.716 grams.

//

//

//

//

//

//

## CONCLUSION

9. Based on the foregoing facts, I respectfully submit that probable cause exists to believe that PASTOR ABERO, the defendant, committed the aforementioned offense.

Respectfully submitted,

Tavo Tupola
Task Force Officer
Drug Enforcement Administration
Complainant

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 3:52pm on January 15, 2020.

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2),
this 15 th day of January, 2020.

Kenneth J. Mansfield
United States Magistrate Judge

4