**WARNING:** <u>THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION</u>

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Sean.Van.Demark@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Jan 15, 2020**
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 20-00059-KJM |
| Plaintiff, | EX PARTE MOTION TO SEAL COMPLAINT, AFFIDAVIT AND DECLARATION |
| v. | |
| PASTOR ABERO, | |
| Defendant. | |

EX PARTE MOTION TO SEAL COMPLAINT,
AFFIDAVIT AND DECLARATION

The United States of America, by and through its undersigned



counsel, hereby moves this Honorable Court for an Order sealing the Complaint and Affidavit attached to the Complaint in the above-entitled matter and the Declaration of Counsel attached hereto on the ground that investigation into the matter is ongoing, and disclosure of the information contained in the Complaint and Affidavit may interfere with said investigation.

This motion is made pursuant to the inherent power of this Court, and is based upon the records and files of this case and the attached Declaration.

DATED: <u>January 15, 2020</u>, at Honolulu, Hawaii.

                    KENJI M. PRICE
                    United States Attorney
                District of Hawaii

            By  <u>*/s/ Sean Van Demark*</u>
               SEAN VAN DEMARK
               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 20-00059-KJM |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| PASTOR ABERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

I, SEAN VAN DEMARK, upon penalty of perjury, declare and state that the following is true and correct to the best of my knowledge and belief:

1. I am an Assistant U.S. Attorney with the U.S. Attorney's Office for the District of Hawaii. I am familiar with the criminal investigation described in the Affidavit attached to the Criminal Complaint in the above-captioned Magistrate's Case.

2. I am informed and believe that said defendant is currently out of custody and is likely to become difficult to locate should he become aware of the Criminal Complaint and Arrest Warrant. Should the defendant become aware of an impending arrest there may be risk or both flight and danger to law enforcement and the community. In addition, this defendant has a lengthy record including convictions for 12 felonies and 14 misdemeanors with 34 arrests for criminal

contempt of court.

    DATED: <u>January 15, 2020</u>, at Honolulu, Hawaii.

            KENJI M. PRICE
            United States Attorney
            District of Hawaii


            By <u>*/s/ Sean Van Demark*</u>
              SEAN VAN DEMARK
              Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 20-00059-KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO SEAL COMPLAINT, |
| v. | ) | AFFIDAVIT AND DECLARATION |
| | ) | |
| PASTOR ABERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING EX PARTE MOTION TO SEAL COMPLAINT, AFFIDAVIT AND DECLARATION

The Court having considered the United States of America's Ex Parte Motion to Seal Complaint, Affidavit, and Declaration and good cause appearing therefor,

It is hereby ordered that the Complaint, Affidavit in Support of the Complaint, and Declaration in Support of the Ex Parte Motion in regard to the above-entitled matter be sealed until further Order of this Court.

DATED: __January 15, 2020__, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge